```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: July 21, 2016
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                                      :
MARIANA MERO, *Individually and on*                   :
*behalf of all others similarly situated,*            :
                                                      :
                                                      :    15 Civ. 9738 (KPF)
                              Plaintiff,              :
                                                      :          ORDER
              v.                                      :
                                                      :
                                                      :
MANHATTAN HOTEL MANAGEMENT LLC,                       :
*et al.*,                                             :
                                                      :
                              Defendants.             :
                                                      :
------------------------------------------------------X

KATHERINE POLK FAILLA, District Judge:

   In light of the parties' representation that they have reached a settlement of this matter, the conference scheduled for July 26, 2016, is hereby CANCELLED.

   SO ORDERED.

Dated:   July 21, 2016
         New York, New York

                                                   _____
                                                        KATHERINE POLK FAILLA
                                                        United States District Judge